UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re: Terrie Bissell

Debtor(s).                                    Case No. 10-60851

### DEFICIENCY NOTICE

The above-entitled case was received and filed on April 19, 2010.   In compliance with the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, the following deficiencies must be cured within the time period allowed by law, or your case could be subject to dismissal:

_____  Chapter 7 Filing Fee - $299.00 - We do not accept personal checks. Payments should be in the form of a cashier's check or money order

_____  Schedules and Statement of Affairs to be filed with the Clerk's office within 14 days from the date of filing of the original voluntary petition; these forms are available on our website at www.mtb.uscourts.gov under Revised BK forms link

_____  Exhibit D to Voluntary Petition (Official Form 1 (10/06)- Individual Debtor's Statement of Compliance with Credit Counseling Requirement

_____  **In accordance with LBR 4004-1, upon completion of Ch 12 and Ch 13 plans, the debtor shall file a Motion for Entry of Discharge; and Attorney Certification, and an Affidavit in support thereof, in compliance with Mont. LBF 39 and 39-A.**

_____  Means Test Calculation - Form B22A; available on our website listed above under Revised BK forms link; to be completed and filed with the Clerk's office within 14 days from the date of filing of the voluntary petition.

Chapter 13 Statement of Current Monthly and Calculation of Commitment Period and Disposable Income - Form 22C.

**Statement of Domestic Support Obligation(s)" is due within 14 days of commencing a bankruptcy case, of all individual debtors in Ch 7, 11, 12 & 13 cases.**

___X___  *I do not have any Court ordered domestic Support obligations*

_____  Credit Counseling Certification - To be filed with the Clerk's office within 14 days from the date of filing of the voluntary petition

___X___  Copies of all payment advices (pay stubs) or other evidence of payment, if any, with all but the last four digits of your social security number redacted, received from an employer within 60 days before the filing of the petition within 14 days from the date of filing of the voluntary petition   *included*

___X___  Record of any interest that you have in an account or program of the type specified in Sec. 521(c) of the Code as it relates to an education individual retirement account within 14 days from the date of filing of the voluntary petition   *I do not have any such account,*

_____  Statement of Social Security Number - Form B21 - To be mailed to the Clerk's office immediately

_____  Typed Creditor Mailing Matrix - To be filed within 48 hours from the date of filing of the voluntary petition

Dated this 29th day of April, 2010.

BERNARD F McCARTHY
Clerk of Bankruptcy Court

by /s/   Colleen Grady
Deputy Clerk
Mike Mansfield Federal Building
400 North Main, Room 303
Butte, MT 59701

cc: Debtor(s)

**PLEASE NOTE - THE BANKRUPTCY CLERK'S OFFICE IS PROHIBITED FROM GIVING LEGAL ADVICE.**