Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re:

**BISSELL, TERRIE LEE**

Case No. 10-60851

Debtor(s)

## APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL
## AND AFFIDAVIT

The Application of Joseph V. Womack, Trustee of the estate of the above-named Debtor(s), respectfully represents:

1. On April 19th, 2010 Debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code.

2. Petitioner is the duly appointed, qualified and acting Trustee of the estate of the above-named Debtor(s).

3. The Trustee wishes to have himself appointed as attorney for the estate in this bankruptcy for the reason that it may be necessary for the Trustee to enter into and be involved in legal transactions for the benefit of the estate. At this time, the case appears to have assets. The Trustee will do work on an hourly basis unless it becomes necessary to pursue an adversary claim.

If there is an adversarial claim the Trustee may seek approval for employment on a contingency basis. As such, this Trustee wishes to employ himself as counsel, on an hourly basis for legal work.

4. The Trustee has selected himself because your petitioner is an attorney, duly licensed to practice law, a member of the Montana Bar Association and of this Court, experienced in matters such as the captioned bankruptcy and thoroughly familiar with the present proceedings.

5. The professional services that Joseph V. Womack is to render include doing legal work on claims regarding the property, liquidating the estate's interest assets and other legal work for the estate.

6. To the best of applicant's knowledge, he has no connection with the creditors or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, and is a "disinterested person", as defined in 11 U.S.C. §101(14), except: Joseph V. Womack is a panel Trustee, is regularly assigned as the trustee for Chapter 7 bankruptcy cases, and is regularly employed in various cases as the attorney for that case. He regularly consults with lawyers, accountants, and the U. S. Trustee's office in insolvency matters. Applicant is unaware of any such relationships affecting this case.

7. The terms of employment of Joseph V. Womack agreed to by the Trustee, subject to the approval of the Court are

    a. <u>Fees</u>: The payment for work performed with an hourly rate of $300.00 per hour. Compensation will be based upon normal and usual hourly billing rates and will be presented to the Court with an accounting of the services rendered;

    b. <u>Costs</u>: Compensation for costs incurred, as necessary.

    c. <u>Retainer</u>: A retainer of $ <u>0.00</u> has been paid to said professional.

8. Joseph V. Womack represents no interest adverse to Trustee or the estate in the

matters upon which it and its associates and employees are to be engaged, and its employment would be in the best interest of this Estate.

**WHEREFORE,** Trustee prays that the employment of Joseph V. Womack under the terms specified, be approved by the Court.

**DATED** this  30th  day of September, 2010.

                                               **WALLER & WOMACK, P.C.**

                                               By: /s/ Joseph V. Womack
                                                       Joseph V. Womack
                                                       Attorney for Trustee

# AFFIDAVIT OF JOSEPH V. WOMACK

STATE OF MONTANA )
: ss
County of Yellowstone )

**JOSEPH V. WOMACK,** being duly sworn upon his oath, deposes and states:

1. I am an attorney with the authority to practice law in the State of Montana and am currently employed as an attorney with the law firm of Waller & Womack, P.C.

2. I have no connection with the Debtor(s), creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, and am a "disinterested person" as defined in 11 U.S.C. §101(14), except: I am a panel Trustee, regularly assigned as the trustee for Chapter 7 bankruptcy cases, and am regularly employed in various cases as the attorney for that case. I regularly consult and work on cases with lawyers, accountants, and the U. S. Trustee's office in insolvency matters. I am unaware of any such relationship affecting this case.

3. I represent no interest adverse to the Debtors or the estate in the matters upon which I am to be engaged.

4. I have received a general retainer in the amount of $ 0.00 which shall not be used to pay any compensation or reimbursement of expenses without prior approval of this Court.

**WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
Joseph V. Womack

**SUBSCRIBED AND SWORN TO** before me this  30th  day of September, 2010.

( S E A L )

/s/     Ashley D. Anvik
Print  Ashley D. Anvik
Notary Public for the State of  Montana
Residing at  Billings, Montana
My Commission Expires  02/21/2012